~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable James Larson<br>Chief U.S. Magistrate Judge | RE: | Elizabeth Evans |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR06-0266 CRB |
| DATE: | July 21, 2006 | | |

2006 AUG -1 PM 1:03

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Michelle Nero_____       _____415-436-7513_____
                              TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __F__ on __8-10-06__ at __11:00 am__.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_____                    __7-31-06__
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)