UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR 06-0266

  v.                         STIPULATION AND ORDER FOR
                             MODIFICATION OF PRETRIAL
ELIZABETH EVANS,         CONDITIONS

        Defendant.
_____/

    THE PARTIES HEREBY STIPULATE AND AGREE to Pretrial Services' Request for Modification of Elizabeth Evan's Pretrial Release Conditions.

    On April 27, 2006, the parties agreed that Ms. Evans would be released on a $250,000 property bond and that she would be subject to the recommended pretrial release conditions. Pretrial Services is now recommending that Ms. Evan's bond conditions be modified to include drug testing. Ms. Evans voluntarily agrees to this modification of her pretrial release conditions.

    Dated: August 8, 2006

| /s/ DAVID HALL | /s/ MICHELLE NERO |
|---|---|
| DAVID HALL | MICHELLE NERO |
| Assistant U.S. Attorney | Pretrial Services Officer |
| | /s/ RANDOLPH E. DAAR |
| | RANDOLPH E. DAAR |
| | Attorney for Elizabeth Evans |

**IT IS SO ORDERED.**

Dated: 8/9/06

*IT IS SO ORDERED*
Judge James Larson
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331